IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELICIA NICOLE JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-2367 |
| | § | |
| GREENWAY MERCEDES, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION

The court has conducted a _de novo_ review of the Magistrate Judge's Amended Memorandum and Recommendation along with all documents filed in response thereto. The court concludes that the Amended Memorandum and Recommendation should be adopted.

Accordingly, the Amended Memorandum and Recommendation is **ADOPTED**. This case will be dismissed in a separate order for lack of subject matter jurisdiction. The Clerk will send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 30th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE