IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELICIA NICOLE JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-2367 |
| | § | |
| GREENWAY MERCEDES, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In conformity with the Amended Memorandum and Recommendation (Docket Entry No. 11) and the Order Adopting Amended Memorandum and Recommendation entered this date, this action is **DISMISSED** for lack of subject matter jurisdiction.

**SIGNED** at Houston, Texas, on this 30th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE